IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>           Plaintiff,        )<br>                             )<br>     v.                      )<br>                             )<br>STEVEN DUANE GREEN,          )<br>                             )<br>           Defendant.        )<br>                             ) | 4:05CR3107<br><br><br>ORDER |

    Defendant has moved for review of pretrial release options. Filing 17.

    IT IS ORDERED:

    The pretrial services officer shall investigate the defendant's proposal for release conditions and make a report to the court and counsel as soon as practicable.

    DATED this 7th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge