IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3107 |
| | ) | |
| v. | ) | |
| | ) | |
| STEVEN DUANE GREEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED,

The clerk is directed to remove filing number 19 from the public docket sheet and file it as a sealed pleading pursuant to the E-Government Act.

Dated January 13, 2006.

BY THE COURT

s/ David L. Piester

David L. Piester
United States Magistrate Judge