```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )         4:05CR3107
      v.                       )
                               )
STEVEN DUANE GREEN,            )
                               )            ORDER
            Defendant.         )
                               )
```

IT IS ORDERED:

Defendant's amended motion for review of pretrial release options, filing 19, is granted in part and the pretrial services officer shall investigate the defendant's proposal for release and make a report to the court and counsel as soon as practicable.

DATED this 13th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge