IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>              Plaintiff,                )<br>                                        )           4:05CR3107<br>      v.                                )<br>                                        )<br>STEVEN DUANE GREEN,                     )<br>                                        )           MEMORANDUM AND ORDER<br>              Defendant.                )<br>                                        ) | |

    Defendant has moved for release to a third party custodian. I earlier directed the pretrial services officer to investigate the proposal in the motion, and, after that proposed custodian refused to allow the defendant to live with her, also a second proposed third-party custodian.  The pretrial services report, which has been given to counsel, recommends that the defendant remain detained.  Because of that recommendation, I have reviewed the original pretrial services report, particularly the defendant's criminal record.  His record is very lengthy, especially for a person only 27 years old.  He has two felony convictions, and he has been charged numerous times with assault (two of them felonies), failure to appear, and refusing to comply with a lawful order.  Under these circumstances, I think defendant has demonstrated that he will not be supervised, and his release poses a serious danger to the safety of the community.

    IT THEREFORE HEREBY IS ORDERED, the motion, filing 17, is denied.

    DATED this 24th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge