IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3107 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| STEVEN DUANE GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion (filing 37) to seal filing 36 is denied.

May 16, 2006.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge