IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3107 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| STEVEN DUANE GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the government, and without objection by the defendant,

IT IS ORDERED that the hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 49) has been reset before the undersigned United States district judge to Tuesday, June 9, 2009, at 12:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The United States Marshal is directed to return the defendant to the district for the hearing.

May 28, 2009.                    BY THE COURT:


                                 s/ *Richard G. Kopf*
                                 United States District Judge